UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| LORETTA ANN GREER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 2:11-cv-80-GZS |
| | ) | |
| US POST OFFICE, MAINE, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on May 2, 2011, her Recommended Decision (Docket No. 10). Plaintiff filed her Objection to the Recommended Decision (Docket No. 11) on May 16, 2011.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Plaintiff's Complaint (Docket No. 1) is **DISMISSED** in its entirety.

/s/George Z. Singal
U.S. District Judge

Dated this 17th day of May, 2011.